# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00153-MR-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **APPROXIMATELY $3,864.00.00 IN UNITED STATES CURRENCY SEIZED FROM LEOPOLD ROB FINLEY,** | ) ) ) ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**THIS MATTER** is before the Court on the Government's Motion for Default Judgment of Forfeiture [Doc. 7].

For the reasons stated in the Government's Motion, and no further response being necessary, the Motion is granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment against the DEFENDANT PROPERTY:

**Approximately $3,864.00 in United States currency
seized from Leopold Rob Finley**

[Doc. 7] is hereby **GRANTED**, and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world. Any

right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: August 6, 2019

Martin Reidinger
United States District Judge